

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00443-CV

MAGDALENA ROBLES-AGUIRRE AND ALL OCCUPANTS
v.
FINANCE OF AMERICA STRUCTURED SECURITIES ACQUISTION TRUST 2017-HB1, WILMINGTON SAVINGS FUND SOCIETY, FSB,
NOT INDIVIDUALLY, BUT SOLELY AS TRUSTEE

On Appeal from the
County Court at Law No. 1 of Cameron County, Texas
Trial Court Cause No. 2018-CCL-01443

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants, Magdalena Robles-Aguirre and all occupants, and sureties as identified on the October 1, 2021 supersedeas bond.

We further order this decision certified below for observance.

July 14, 2022